# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MECHEAL HENDRIX,**

    **Petitioner,**

**v.**                                                          Case No. 4:21-cv-102-AW-HTC

**SECRETARY, FLA. DEP'T OF CORR.**
**and FLORIDA ATTORNEY GENERAL,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 1 report and recommendation, ECF No. 3, to which there has been no objection. It is now adopted and incorporated into this order. The clerk will enter a judgment that says "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on April 2, 2021.

                                                     s/ _Allen Winsor_
                                                     United States District Judge